THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. and
NATIONAL DEFAULT SERVICING
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY PALMA,<br><br>             Plaintiff,<br><br>      v.<br><br>SELECT PORTFOLIO SERVICING, INC.; NATIONAL DEFAULT SERVICING CORPORATION, and Does 1 through 20,<br><br>             Defendant. | CASE NO. 2:16-cv-00633-KJM-CKD<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE JUNE 3, 2016 HEARING ON PLAINTIFF'S MOTION TO REMAND AND TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S INTENDED FIRST AMENDED COMPLAINT** |

ORDER

The court GRANTS IN PART and DENIES IN PART the parties' Stipulated Request (ECF No. 14), as follows:

1.  Plaintiff shall file a first amended complaint no later than June 6, 2016.

2.  The June 3, 2016 hearing on plaintiff's motion to remand (ECF No. 9) and defendants' motion to dismiss (ECF No. 11) is RESET for July 29, 2016 at 10:00 AM in Courtroom 3 before District Judge Kimberly J. Mueller.[1]

---

[1] The parties requested the hearing be reset for July 8, 2016, but July 8 is not a law and motion calendar date.  July 29 is the next available hearing date.

3. The parties' request to extend the time for defendants to respond to plaintiff's intended first amended complaint is DENIED without prejudice. The parties may renew such a request upon plaintiff's filing of the first amended complaint.

IT IS SO ORDERED.

Dated: May 19, 2016

_____
UNITED STATES DISTRICT JUDGE