UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY PALMA,<br><br>    Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | No. 2:16-cv-0633 KJM CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order of the District Judge filed April 14, 2017, plaintiff was granted fourteen days in which to file an amended complaint remedying the deficiencies in the first amended complaint with respect to the claim for violation of California Civil Code § 2923.7. That time period has now expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that the second cause of action for violation of California Civil Code § 2923.7 be dismissed with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 palma0633.ftc