1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAY PALMA,                                No.  2:16-cv-0633 KJM CKD PS

12                   Plaintiff,

13         v.                                    ORDER

14    SELECT PORTFOLIO SERVICING,
      INC., et al.,
15
                   Defendants.
16

17          Plaintiff is proceeding in this action pro se.  The matter was referred to a United States

18    Magistrate Judge as provided by Local Rule 302(c).

19          On May 3, 2017, the magistrate judge filed findings and recommendations, which were

20    served on the parties and which contained notice to the parties that any objections to the findings

21    and recommendations were to be filed within fourteen days.  None of the parties have filed

22    objections to the findings and recommendations.

23          The court presumes that any findings of fact are correct. *See Orand v. United States*, 602

24    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

25    *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

26    the file, the court finds the findings and recommendations to be supported by the record and by

27    the proper analysis.

28    ////

                                                1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 3, 2017, are adopted in full; and

2. The second cause of action for violation of California Civil Code § 2923.7 is dismissed with prejudice.

DATED: May 31, 2017.

_____
UNITED STATES DISTRICT JUDGE